# SUPER LAW GROUP, LLC

WRITER'S DIRECT DIAL: 212-242-2273
EMAIL: reed@superlawgroup.com

January 9, 2025

*Via ECF*

Honorable Paul J. Barbadoro
United States District Judge
U.S. District Court, District of New Hampshire
55 Pleasant Street
Concord, NH 03301

   Re: *Lang, et al. v. Sabados, et al.*, Case No. 1:22-cv-00065-PB

Dear Judge Barbadoro:

   The Plaintiffs in the above-referenced action will be filing forthwith a stipulation of voluntary dismissal with prejudice.

   As the Court may recall, there is an action pending in New Hampshire State Court, *Philipp Lang, et al. v. Jeffrey R. Sabados, et al.*, Grafton County Superior Court Case No. 215-2021-CV-00048, involving the same parties and related issues, and the New Hampshire Department of Environmental Services has issued an Administrative Order, currently on appeal, involving related issues.

   Plaintiffs intend to pursue the state case and participate in the administrative proceeding, but not continue prosecuting this case in federal court.

         Respectfully,

         Reed Super
         Counsel for Plaintiffs
         (admitted pro hac vice)

cc: all counsel via ECF