# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| PHILIPP LANG,<br>NATHALIE SALEM,<br><br>  Plaintiffs<br><br>v.<br><br>JEFFREY R. SABADOS,<br>JENNIFER R. SABADOS,<br><br>  Defendants | ) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) ) |

Civil Action No. 1:22-cv-00065-PB

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by filing this stipulation of dismissal signed by all parties who have appeared, this action is hereby voluntarily dismissed with prejudice, with each party to bear their own costs and fees, and all rights of appeal of this action are hereby waived.

Dated: January 9, 2025

Plaintiffs,
PHILIPP LANG & NATHALIE SALEM

By: _____
Reed W. Super (admitted pro hac vice)
SUPER LAW GROUP, LLC
222 Broadway, 22nd Floor
New York, New York 10038
(212) 242-2355, ext. 1
reed@superlawgroup.com

By: _____
John L. Riff, IV
PO Box 229

Dated: January 9, 2025

Defendants,
JEFFREY R. SABADOS AND JENNIFER R. SABADOS

By: _____
Michael E. Coghlan (NH Bar No.: 15315)
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Citizens Plaza, Suite 1120
Providence, RI 02903
Tel: 401-406-3318
michael.coghlan@lewisbrisbois.com

Ken B. Walton (NH Bar No.: 18726)
LEWIS BRISBOIS BISGAARD & SMITH LLP
60 State Street, 23rd Floor
Boston, MA 02109

Lancaster, NH  03584                                Tel: 857-313-3936
(603) 788-5599                                      ken.walton@lewisbrisbois.com
NH Bar # 14603
Jay.jrifflaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record have been served electronically through the Court's ECF system.

/s/ Reed W. Super

2